**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**George GONZALEZ CRUZ,
Defendant–Appellant.**

No. 10–50574.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.[*]

Filed Oct. 26, 2011.

Fred Sheppard, Bruce R. Castetter, Assistant U.S. Attorneys, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kristi A. Hughes, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

## MEMORANDUM [**]

George Gonzalez Cruz appeals from the 10–year sentence imposed following his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gonzalez Cruz contends that the district court erred by denying him relief under the safety valve provision of 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2. However, Gonzalez Cruz was not entitled to safety valve relief because he failed to name his supplier. *See* 18 U.S.C. § 3553(f)(5); *United States v. Thompson,* 81 F.3d 877, 878–80 (9th Cir.1996). Therefore, the district court correctly sentenced him to the statutory mandatory minimum sentence. *See Thompson,* 81 F.3d at 880.

**AFFIRMED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.